(December 2, 1993)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY FINLEY, Appellant. [605 NYS2d 853] —Judgment, Supreme Court, New York County (Renee White, J.), rendered February 26, 1992, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

The challenged second identification at the station house was a confirmatory showup by trained undercover officers, and was not unduly suggestive (see, People v Morales, 37 NY2d 262, 272; People v Wharton, 74 NY2d 921).

We have considered defendant's argument that the verdict is against the weight of the evidence and, upon an independent review of the facts, find it to be without merit. Concur—Murphy, P. J., Ellerin, Wallach, Kassal and Nardelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RUBEN GONZALEZ, Respondent. [605 NYS2d 853] —Appeal from an order of the Supreme Court, Bronx County (Joseph A. Mazur, J.), entered on January 8, 1992, which granted defendant's motion to suppress evidence, unanimously dismissed.

The prosecution has failed to demonstrate that its appellate brief was served on an attorney representing defendant on the appeal or on defendant personally. The appeal must therefore be dismissed in accordance with 22 NYCRR 600.8 (f). Concur—Murphy, P. J., Ellerin, Wallach, Kassal and Nardelli, JJ.